**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Shawn James WOODALL, Defendant— Appellant.**

**No. 04–50471.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 21, 2006.\*

Filed Aug. 24, 2006.

Anne K. Perry, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Shawn James Woodall, Fort Dix, NJ, for Defendant–Appellant.

Before: GOODWIN, REINHARDT and BEA, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM \*\*

Shawn James Woodall appeals pro se from the district court's order revoking supervised release.

We dismiss for lack of jurisdiction. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999) (stating that a defendant lacks standing to challenge a completed sentence); *see also Spencer v. Kemna,* 523 U.S. 1, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998) (holding that revocation of parole does not create collateral consequences sufficient to extend standing beyond expiration of sentence and rejecting as moot a challenge to an allegedly erroneous parole revocation).

The government's motion to dismiss this appeal is denied as unnecessary.

**DISMISSED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

